# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARREKA IODENNA BOYKINS

NO. 2024 KW 1047

**JANUARY 13, 2025**

---

In Re:    Darreka Iodenna Boykins, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 870781.

---

BEFORE:    **THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT